■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIK HADZOVIC, Appellant. [639 NYS2d 918]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Any questions with respect to the victim's credibility were properly placed before the jury for resolution and we find no basis to disturb its determination. The court's *Sandoval* ruling was a proper exercise of discretion. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.